# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MYRNA L. BONNE-BROWNFIELD,** | CASE NO. CV 08-00568 SS |
| Plaintiff, | JUDGMENT |
| v. | |
| **MICHAEL J. ASTRUE,** **Commissioner of the Social** **Security Administration,** | |
| Defendant. | |

   IT IS ADJUDGED that the decision of the Commissioner is REVERSED and REMANDED for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).


DATED: March 26, 2009.                                                /S/
                                                         _____
                                                         SUZANNE H. SEGAL
                                                         UNITED STATES MAGISTRATE JUDGE